## FARMER CO. v. ENGLANDER, Admr.

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 8678.　Decided Sept. 17, 1928..

**First Publication of This Opinion.**

Syllabus by Editorial Staff.

### TRIAL.

(590 V2a)　Verdict of $3,000 for personal injury, held not excessive, notwithstanding party so injured died from cancer eight months after accident.

Error to Common Pleas.

Judgment affirmed.

Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for Farmer Co.

Bernsteen & Bernsteen, Cleveland, for Englander, Admr.

### STATEMENT OF FACTS.

The sole ground upon which reversal is sought is that the verdict was excessive and was rendered under the influence of passion and prejudice.

There is no doubt from the record that the decedent was injured in the accident from which this suit resulted. It appears that she died from cancer. The verdict was for $3000.-00 and it is contended that in view of the fact that she died from cancer eight months after the accident that the pain and suffering which she endured cannot be reasonably traced to the injuries resulting from the accident.

### PER CURIAM.

The record, however, contains evidence that she was at least in apparent good health prior to the accident and that she attended to her affairs and was able to get about and that since the injuries sustained by her eight months prior to her death, she was confined to her bed under care of doctors and nurses until she died.

We are unable, in view of the record, to disturb the verdict. It is true that no expert testimony was offered but the jury has a right

to consider such circumstances as were presented in evidence, and give whatever reasonable inference these facts and circumstances, in their opinion, justify.

We find no error in the record and the judgment of the Common Pleas Court will therefore be affirmed.
(Sullivan, PJ., Vickery and Levine, JJ., concur.)